**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CARNELL JACKSON, ADC #5043-11                                         PLAINTIFF

v.                                    NO. 4:11CV00470 JLH/BD

PULASKI COUNTY, *et al.*                                              DEFENDANTS

<u>**ORDER**</u>

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed objections.  After careful review, the Court concludes that the

Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's

findings in all respects.

Carnell Jackson's claims against Pulaski County are DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE