**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CARNELL JACKSON,                                                                                          PLAINTIFF
ADC # 144389

v.                                          NO. 4:11CV00470 JLH-BD

PULASKI COUNTY, et al.                                                                               DEFENDANTS

**ORDER**

Plaintiff Carnell Jackson was an inmate at the Pulaski County Detention Facility on June 7, 2011, when he filed this case *pro se*, under 42 U.S.C. § 1983. Mr. Jackson has stated deliberate indifference claims against Nurse Taylor, Health Services Administrator Sarah Speer, and Dr. Carl Johnson. Document #8.

Summonses issued to Defendants Taylor and Johnson, however, were returned to the court unexecuted. Documents #17 and #18. On November 29, 2011, Mr. Jackson was directed to ascertain current addresses for Defendants Taylor and Johnson – by sending discovery requests to counsel for the Detention Facility or otherwise – and to provide those addresses to the court so that these Defendants could be served with the Complaint and a summons. Document #19. Mr. Jackson was warned that failure to comply with the Court's Order by January 27, 2012, could result in dismissal of the claims against Defendants Taylor and Johnson, under Federal Rule of Civil Procedure 4(m). He has not provided a current address for either of these Defendants, and the time for doing so has passed.

Therefore, Mr. Jackson's claims against Defendants Johnson and Taylor are dismissed, without prejudice, under Federal Rule of Civil Procedure 4(m).

DATED this 21st of February, 2012.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE